B 10 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re Virginia D. Heighes  
Debtor

Case No. 15-20124

Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Team One Credit Union

**Court claim no. (if known):** 2

**Last four digits** of any number you use to identify the debtor's account    xxxx0025

**UCI:** _____

**Property Address:** 1171 Burbank Pl, Saginaw, MI 48638-5673

**Trott#** 449322B01

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No  
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $_____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $_____ |
| 3. Attorney fees | | (3) | $_____ |
| 4. Filing fees and court costs | | (4) | $_____ |
| 5. Bankruptcy/Proof of claim fees | 2/13/15 | (5) | $ 450.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $_____ |
| 7. Property inspection fees | | (7) | $_____ |
| 8. Tax advances (non-escrow) | | (8) | $_____ |
| 9. Insurance advances (non-escrow) | | (9) | $_____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $_____ |
| 11. Other. Specify: Review Chapter 13 Plan | 2/11/15 | (11) | $ 200.00 |
| 12. Other. Specify:_____ | | (12) | $_____ |
| 13. Other. Specify:_____ | | (13) | $_____ |
| 14. Other. Specify:_____ | | (14) | $_____ |
| **Total** | | | **$650.00** |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X /S/ _____  Date 07/14/2015
Signature
        Brian Yoho P66140
**Print:** Athena Aitas P61824                    Title Attorney For Team One Credit Union
        First Name    Middle Name    Last Name

Company   Trott Law, P.C.

Address   31440 Northwestern Hwy Ste 200
          Number        Street
          Farmington Hills        MI    48334-5422
          City                    State ZIP Code

Contact Phone 248.642.2515                Email EasternECF@trottlaw.com

In re:  
Virginia D. Heighes

Chapter 13 No.15-20124  
Hon. Daniel S. Opperman

Debtor(s).
_____/

## CERTIFICATE OF SERVICE

The undersigned states that copies of Team One Credit Union's Notice of Postpetition Mortgage Fees, Expenses, and Charges were served upon the following parties, either electronically or by depositing said copies on July 14, 2015 in the U.S. mail, postage prepaid, properly addressed as follows:

Virginia D. Heighes  
1171 Burbank Pl  
Saginaw, MI 48638-5673

Kimberly A. Kramer  
916 Washington Ave. Suite 320  
Bay City, MI 48708

Thomas McDonald  
3144 Davenport  
Saginaw, MI 48602

/S/ Patricia Fillip  
_____  
Legal Assistant  
Trott Law, P.C.  
Attorney for Team One Credit Union  
31440 Northwestern Hwy Ste 200  
Farmington Hills, MI 48334-5422  
248.642.2515  
Email: EasternECF@trottlaw.com

TROTT LAW, P.C.
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628