**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

In re:  Chapter 13 No.15-20124
Virginia D. Heighes  Hon. Daniel S. Opperman

                Debtor(s).
_____/

**CERTIFICATE OF SERVICE**

The undersigned states that copies of Team One Credit Union's Notice of Postpetition Mortgage Fees, Expenses, and Charges were served upon the following parties, either electronically or by depositing said copies on July 17, 2015 in the U.S. mail, postage prepaid, properly addressed as follows:

Virginia D. Heighes  
1171 Burbank Pl  
Saginaw, MI 48638-5673

Kimberly A. Kramer  
916 Washington Ave. Suite 320  
Bay City, MI 48708

Thomas McDonald  
3144 Davenport  
Saginaw, MI 48602

/S/ Patricia Fillip
_____

Legal Assistant  
Trott Law, P.C.  
Attorney for Team One Credit Union  
31440 Northwestern Hwy Ste 200  
Farmington Hills, MI 48334-5422  
248.642.2515  
Email: EasternECF@trottlaw.com

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628