# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN -NORTHERN DIVISION

In the matter of:                  Case No: 15-20124

Virginia D Heighes,              Chapter 13 Proceeding

                 Debtor(s)./       Honorable Daniel S. Opperman

## EX PARTE MOTION FOR APPROVAL OF LOAN MODIFICATION

**NOW COMES** the Debtor), Virginia D Heighes, by and through counsel, Kimberly Kramer, P.L.C., by Kimberly A. Kramer, and hereby move this Court for an Ex Parte Order authorizing Chapter 13 Debtor herein to enter into a loan modification and in support thereof states as follows:

1. That Debtor filed her Chapter 13 petition on January 27, 2015;

2. That Debtor has qualified for a loan modification on the property located at 1171 Burbank Pl Saginaw, MI 48638 at the terms disclosed below; (Exhibit "A")

   | | |
   |---|---|
   | New Principal & Interest Payment: | $419.70 |
   | New Taxes & Insurance Payment: | $258.25 |
   | **TOTAL New Monthly Payment:** | **$677.95** |
   | New Term/Maturity Date: | 480 months / August 1, 2057 |
   | New Interest Rate: | 4.250% |
   | New Unpaid Balance: | $96,790.87 |

3. That Thomas W. McDonald, Jr., Chapter 13 Trustee will continue paying this debt through Debtor's Chapter 13 Plan;

4. That a proposed Order is attached; (Exhibit "B")

**WHEREFORE** Debtor respectfully requests this Honorable Court enter an Order authorizing Debtor to modify her loan.

Dated: May 17, 2017						Respectfully submitted,

/s/ Kimberly A. Kramer

KIMBERLY A. KRAMER (P59045)

Attorney for Debtor(s)

916 Washington Ave., Ste. 320

Bay City, MI 48708

(989) 671-4333

Kimberlykramerplc@sbcglobal.net

APPROVED BY:

/s/ Thomas W. McDonald, Jr.

THOMAS W. MCDONALD, JR. (P32464)

Chapter 13 Trustee

3144 Davenport Avenue

Saginaw, MI 48602

(989) 792-6766

Tom@mcdonald13.org

Page 2 of 2
15-20124-dob    Doc 32    Filed 05/17/17    Entered 05/17/17 10:23:30    Page 2 of 2