# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN -NORTHERN DIVISION

In the matter of:  Case No: 15-20124

Virginia D Heighes,  Chapter 13 Proceeding

                Debtor(s)./  Honorable Daniel S. Opperman

### ORDER GRANTING APPROVAL OF LOAN MODIFICATION

The Chapter 13 Debtor herein having filed an Ex Parte Motion requesting entry of an Order approving a loan modification, and the Chapter 13 Trustee having approved the proposed transaction;

**IT IS HEREBY ORDERED** that the Chapter 13 Debtor herein is hereby authorized to modify her loan at the terms disclosed in the Ex Parte Motion for Approval of Loan Modification.

**Signed on May 17, 2017**

                                      **/s/ Daniel S. Opperman**
                                      **Daniel S. Opperman**
                                        **United States Bankruptcy Judge**